Form oinst

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:15−bk−05315**
**Chapter 7**

In re:

   Keith Lindsey Harville                         Guadalupe Pineda Harville
   2792 Lafayette Drive                            2792 Lafayette Drive
   Thompsons Station, TN 37179            Thompsons Station, TN 37179

Social Security No.:
   xxx−xx−6582                                        xxx−xx−0135

Employer's Tax I.D. No.:

## Order Approving Payment of Filing Fees in Installments

The debtor has filed an application and affidavit stating the terms for paying the filing fees in this case in installments.

IT IS ORDERED that the debtor shall pay the filing fee in the amount of $ 335.00 by cash, money order or cashiers check made payable to the Clerk of the US Bankruptcy Court, 701 Broadway, Suite 170, Nashville, TN 37203 within 120 days of the original filing of the petition

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                           BY THE COURT

Dated: <u>8/3/15</u>                                      /s/ Marian F Harrison
                                                           United States Bankruptcy Judge