```
                            United States Bankruptcy Court
                             Middle District of Tennessee
In re:                                                       Case No. 15-05315-MFH
Keith Lindsey Harville                                       Chapter 7
Guadalupe Pineda Harville
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0650-3          User: sdt7475              Page 1 of 2              Date Rcvd: Aug 04, 2015
                              Form ID: b9a               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2015.
db/jdb        +Keith Lindsey Harville,    Guadalupe Pineda Harville,    2792 Lafayette Drive,
                Thompsons Station, TN 37179-9759
tr            +MICHAEL GIGANDET,    LAW OFFICE OF MICHAEL GIGANDET,    208 CENTRE ST,
                PLEASANT VIEW, TN 37146-7053
5864568       +AT&T Bankruptcy Dept,    Attn: Officer Manager or Agent,    PO Box 769,    Arlington TX 76004-0769
5864569       +ATG Credit,    Attn: Officer Manager or Agent,    P.O. Box 14895,    Chicago IL 60614-8542
5864566       +Arkansas Family Care Network,    c/o Mitchell, Blackstock, Ivers,Sneddon,
                1010 West Third Street,    Little Rock AR 72201-2038
5864567       +Arkansas Medical Foundation,    10 Corporate Hill Dr # 150,    Little Rock AR 72205-4560
5864571       +Center for Professional Excellence,    624 Grassmere Park #11,    Nashville TN 37211-3671
5864572       +Centerpoint Energy,    Attn: Officer Manager or Agent,    1111 Lousiana,    Houston TX 77002-5228
5864563        Edgar M Rothschild, Mary Beth Ausbrooks,    Rothschild & Ausbrooks PLLC,
                1222 16th Avenue South, Suite 12,    Nashville, TN 37212-2926
5864578       +Kodak Alaris,    2400 Mt. Read Blvd.,    Rochester NY 14615-2744
5864582        Seterus Inc/Bankruptcy Dept,    Attn: Officer Manager or Agent,    PO Box 2008,
                Grand Rapids MI 49501-2008
5864583       +Synter,    5935 Rivers Ave, Ste 102,    Charleston SC 29406-6071
5864585       +Tracy and Susan Hahn,    c/o John Hahn,    2080 CARTERS CREEK PK,    Franklin TN 37064-5913
5864586       +Unknown tenants,    150 Iona Way,    Batesville AR 72501-4234
5864589       +WRMC Behaviour Health,    1710 Harrison St,,    Batesville AR 72501-7303
5864588        Wells Fargo EFS,    Attn: Officer,    PO Box 84712,    Sioux Falls SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: alex@rothschildbklaw.com Aug 05 2015 00:57:32     ALEXANDER S KOVAL,
                ROTHSCHILD & AUSBROOKS, PLLC,    1222 16TH AVE S,    SUITE 12,    NASHVILLE, TN 37212-2926
5864564        EDI: GMACFS.COM Aug 05 2015 00:43:00     Ally Financial,    Attn: Officer,    PO Box 380901,
                Minneapolis MN 55438-0901
5864565       +EDI: ARKDEPREV.COM Aug 05 2015 00:43:00     Arkansas Department of Finance,
                1509 West 7th Street,    Little Rock AR 72201-4222
5864570       +EDI: RMSC.COM Aug 05 2015 00:43:00     Care Credit/SYNCB,    Attn: Officer,    PO Box 965036,
                Orlando FL 32896-5036
5864576        E-mail/Text: bankruptcy@firstcommunity.net Aug 05 2015 00:58:08     First Community Bank,
                1325 Harrison St,    Batesville AR 72501
5864577        EDI: IRS.COM Aug 05 2015 00:43:00     IRS Insolvency,    Attn: Officer Manager or Agent,
                PO Box 7346,    Philadelphia PA 19101-7346
5864579        EDI: TSYS2.COM Aug 05 2015 00:43:00     Macy's/DSNB,    Attn: Officer,    PO Box 8218,
                Mason OH 45040-8218
5864580       +EDI: NAVIENTFKASMSERV.COM Aug 05 2015 00:43:00     Navient,    Attn: Officer Manager or Agent,
                PO Box 9500,    Wilkes Barre PA 18773-9500
5864581       +EDI: DRIV.COM Aug 05 2015 00:43:00     Santander Consumer USA,    Attn: Officer Manager or Agent,
                8585 Stemmons Fwy #1000,    Dallas TX 75247-3822
5864587       +EDI: AFNIVZWIRE.COM Aug 05 2015 00:43:00     Verizon Wireless,    Attn: Officer Manager or Agent,
                PO Box 105378,    Atlanta GA 30348-5378
5864574       +E-mail/Text: jstauffe_BK@ebay.com Aug 05 2015 00:57:57     eBay Inc,
                Attn: Officer Manager or Agent,    2145 Hamilton Avenue,    San Jose CA 95125-5905
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5864573        Eagle Mountain HOA
5864575        Entergy
5864562*      +Guadalupe Pineda Harville,    2792 Lafayette Drive,    Thompsons Station TN 37179-9759
5864561*      +Keith Lindsey Harville,    2792 Lafayette Drive,    Thompsons Station TN 37179-9759
5864584      ##+TERI,    Park Square Building,    31 St James Ave #950,    Boston MA 02116-4109
                                                                                 TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2015 at the address(es) listed below:
```
          ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
           notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
          ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
           notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
          MICHAEL   GIGANDET    mg@trustesolutions.net,  michael@mgigandet.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/31/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Keith Lindsey Harville<br>2792 Lafayette Drive<br>Thompsons Station, TN 37179 | Guadalupe Pineda Harville<br>2792 Lafayette Drive<br>Thompsons Station, TN 37179 |
| Case Number:<br>3:15−bk−05315 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6582<br>xxx−xx−0135 |
| Attorney for Debtor(s) (name and address):<br>ALEXANDER S KOVAL<br>ROTHSCHILD & AUSBROOKS, PLLC<br>1222 16TH AVE S<br>SUITE 12<br>NASHVILLE, TN 37212−2926<br>Telephone number: 615−242−3996 | Bankruptcy Trustee (name and address):<br>MICHAEL GIGANDET<br>LAW OFFICE OF MICHAEL GIGANDET<br>208 CENTRE ST<br>PLEASANT VIEW, TN 37146<br>Telephone number: 615 746−4949 |

## Meeting of Creditors

Date: **August 31, 2015**      Time: **10:00 AM**

Location: **Customs House, 701 Broadway, Room 100, Nashville, TN 37203**

Language interpretation at the meeting of creditors will be provided at no cost upon request to the Chapter 7, 11, 12, or 13 Trustee AND U.S. Trustee as soon as possible but preferably within seven (7) days after the commencement of the case. Request Forms may be obtained from the U.S. Trustee or under "U.S. Trustee Info" on the Court´s website at <www.tnmb.uscourts.gov>.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The Presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/30/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 Broadway Room 170<br>Nashville, TN 37203<br>Telephone number: 615−736−5584 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>MATTHEW T LOUGHNEY |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 8/3/15 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices