IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 7 |
| | : |
| KEITH LINDSEY HARVILLE and | : CASE NO. 15-05315 |
| GUADALUPE PINEDA HARVILLE, | : |
| | : JUDGE MARIAN F. HARRISON |
| | : |
| Debtors. | : |

**NOTICE OF APPEARANCE PURSUANT TO F.R.B.P. 9010(b)**
**AND REQUEST FOR NOTICES UNDER F.R.B.P. 2002**

To the Clerk of the United States Bankruptcy Court:

PLEASE TAKE NOTICE that, pursuant to F.R.B.P. 9010 (b), the undersigned hereby appears in this case as counsel for **Federal National Mortgage Association ("Fannie Mae")**, ("Creditor"), for the purpose of requesting that all notices required to be given in this case to the Debtor(s) and/or other parties in interest be also given, pursuant to F.R.B.P. 2002, to:

Carolee Berasi
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8876
F: 404-329-8050
cberasi@rcolegal.com

This entry of appearance is not intended as and shall not be construed as a waiver of service of process, of trial by jury or of any other right or defense inuring to or available to Creditor.

Dated: August 12, 2015

/s/ Carolee Berasi
Carolee Berasi, TN Bar No. 024844
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8876
F: 404-329-8050
cberasi@rcolegal.com

220775