IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 7 |
| KEITH & GUADALUPE HARVILLE | ) | CASE NO.: | 15-05315 |
| SSN: XXX-XX-6582 / XXX-XX-0135 | ) | JUDGE: | HARRISON |
| 2792 LAFAYETTE DR. | ) | | |
| THOMPSONS STATION, TN 37179 | ) | | |
| Debtors. | ) | | |
| | ) | | |
| | ) | | |

## **NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT**

The Debtor, by and through counsel, pursuant to 11 U.S.C. § 524(c)(4), hereby give notice of rescission of the reaffirmation agreement entered into with Santander Consumer USA, Inc. and filed with the Court on August 27, 2015.

Respectfully submitted,

*/s/ Alexander S.Koval*
Alexander S. Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtors
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

# CERTIFICATE OF SERVICE

  I certify that on this 1st day of September, 2015, I mailed/e-mailed a copy of the foregoing to Michael Gigandet, Chapter 7 Trustee, 208 Centre St., Pleasant View, TN 37146; and to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; to the Debtor at the above referenced address and to Santander Consumer USA, c/o Stewart, Zilmen & Jungers, Ltd. 2277 Hwy. 36 West, Ste. 100, Roseville, MN 55113.


***/s/ Alexander S. Koval***
Alexander S. Koval