IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>    Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: Oct. 1, 2015
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: Oct. 20, 2015
at 9:00 a.m., Courtroom 3, Second Floor, Customs House, 701 Broadway Nashville, TN 37203**.

### TRUSTEE'S NOTICE OF MOTION TO EXTEND DEADLINE TO OBJECT TO SCHEDULE C EXEMPTIONS

Michael Gigandet, the Chapter 7 trustee, has asked the court for the following relief: TO EXTEND DEADLINE TO OBJECT TO SCHEDULE C EXEMPTIONS

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before Oct. 1, 2015, you or your attorney must:

1. File with the court your written response or objection explaining your position at:

    By Mail:     U.S. Bankruptcy Court, 701 Broadway, Room 160, Nashville, TN 37203
    In Person:    U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN 37203

2. **Your response must state that the deadline for filing responses is Oct. 1, 2015, the date of the scheduled hearing is Oct. 20, 2015 and the motion to which you are responding is trustee's motion to extend deadline to object to Schedule C exemptions.** If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:
   Michael Gigandet, Trustee, 208 Centre Street, Pleasant View, TN 37146
   U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203
   Debtors, Keith Lindsey Harville and Guadalupe Pineda Harville, 2792 Lafayette Drive Thompsons Station, TN 37179
   Debtor's Attorney, ALEXANDER S KOVAL, 1222 16TH AVE S SUITE 12, NASHVILLE, TN 37212-2926

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's Office at 615-736-5584 or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: September 9, 2015

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**

_____
Michael Gigandet, Trustee #11498
208 Centre Street
Pleasant View, TN 37146
615-746-4949
michael@mgigandet.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: <br> KEITH LINDSEY HARVILLE and <br> GUADALUPE PINEDA HARVILLE, <br>   Debtors. | CASE NO. 15-05315-MH3-7 <br> CHAPTER 7 <br> JUDGE MARIAN HARRISON |

**MOTION TO EXTEND DEADLINE TO OBJECT TO EXEMPTIONS**

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee, and files this his motion to extend the deadline to object to the debtor's Schedule C exemptions for ninety (90) days. As grounds for his motion, the trustee states that additional time is needed to adequately investigate the debtor's assets and asset valuation.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee  #11498
208 Centre St.
Pleasant View, TN 37146
(615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, to the debtor, to the debtor's attorney and to all creditors and all interested parties, per the mailing matrix attached to and filed with the original of this document, on this the 10th day of September, 2015.

**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

## PROPOSED ORDER EXTENDING DEADLINE TO OBJECT TO SCHEDULE C EXEMPTIONS

Upon the motion of Michael Gigandet, Trustee, to extend the deadline to object to the debtor's Schedule C exemptions, and there being no objections filed thereto;

It is therefore **ORDERED, ADJUDGED AND DECREED** that the trustee's motion to extend the deadline to object to the debtor's Schedule C exemptions for ninety (90) days shall be and is hereby granted.

Entered this _____ day of _____, 2015.

_____
U.S. BANKRUPTCY JUDGE

APPROVED FOR ENTRY:

**LAW OFFICE OF MICHAEL GIGANDET**

_____
Michael Gigandet, Trustee #11498
208 Centre St.
Pleasant View, TN 37146
(615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

ALEXANDER S KOVAL +
ROTHSCHILD & AUSBROOKS, PLLC
1222 16TH AVE S
SUITE 12
NASHVILLE, TN 37212-2926
"

Ally Financial
Attn: Officer
PO Box 380901
Minneapolis MN 55438-0901

Arkansas Department of Finance
1509 West 7th Street
Little Rock AR 72201-4222

Arkansas Family Care Network
c/o Mitchell, Blackstock, Ivers,Sneddon
1010 West Third Street
Little Rock AR 72201-2038

Arkansas Medical Foundation
10 Corporate Hill Dr # 150
Little Rock AR 72205-4540

AT&T Bankruptcy Dept
Attn: Officer Manager or Agent
PO Box 769
Arlington TX 76004-0769

ATG Credit
Attn: Officer Manager or Agent
P.O. Box 14895
Chicago IL 60614-8542

Care Credit/SYNCB
Attn: Officer
PO Box 965036
Orlando FL 32896-5036

Center for Professional Excellence
624 Grassmere Park #11
Nashville TN 37211-3671

Centerpoint Energy
Attn: Officer Manager or Agent
1111 Lousiana
Houston TX 77002-5228

eBay Inc
Attn: Officer Manager or Agent
2145 Hamilton Avenue
San Jose CA 95125-5905

Federal National Mortgage Assoc.
c/o Carolee Berasi, RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA 30329

FIRST COMMUNITY BANK
P O BOX 4327
BATESVILLE AR 72503-4327

Guadalupe Pineda Harville
2792 Lafayette Drive
Thompsons Station TN 37179-9759

IRS Insolvency
Attn: Officer Manager or Agent
PO Box 7346
Philadelphia PA 19101-7346

Keith Lindsey Harville
2792 Lafayette Drive
Thompsons Station TN 37179-9759

Keith Lindsey Harville
2792 Lafayette Drive
Thompsons Station TN 37179-9759

Kodak Alaris
2400 Mt. Read Blvd.
Rochester NY 14615-2744

Macy's/DSNB
Attn: Officer
PO Box 8218
Mason OH 45040-8218

Navient
Attn: Officer Manager or Agent
PO Box 9500
Wilkes Barre PA 18773-9500

Santander Consumer USA
Attn: Officer Manager or Agent
8585 Stemmons Fwy #1000
Dallas TX 75247-3822

Seterus Inc/Bankruptcy Dept
Attn: Officer Manager or Agent
PO Box 2008
Grand Rapids MI 49501-2008

Synter
5935 Rivers Ave, Ste 102
Charleston SC 29406-6071

TERI
Park Square Building
31 St James Ave #950
Boston MA 02116-4101

Tracy and Susan Hahn
c/o John Hahn
2080 CARTERS CREEK PK
Franklin TN 37064-5913

Unknown tenants
150 Iona Way
Batesville AR 72501-4234

US TRUSTEE +
OFFICE OF THE UNITED STATES
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

Verizon Wireless
Attn: Officer Manager or Agent
PO Box 105378
Atlanta GA 30348-5378

Wells Fargo EFS
Attn: Officer
PO Box 84712
Sioux Falls SD 57118-4712

WRMC Behaviour Health
1710 Harrison St,
Batesville AR 72501-7303