Certificate Number: 14912-TNM-DE-026308721

Bankruptcy Case Number: 15-05315


14912-TNM-DE-026308721

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 4, 2015</u>, at <u>7:01</u> o'clock <u>AM EDT</u>, <u>Keith Harville</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Tennessee</u>.

Date: <u>October 4, 2015</u>    By:   <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>