Certificate Number: 14912-TNM-DE-026308722

Bankruptcy Case Number: 15-05315


14912-TNM-DE-026308722

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2015, at 7:01 o'clock AM EDT, Guadalupe Harville completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Tennessee.

Date: October 4, 2015    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor