```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                          Case No. 15-05315-MFH
Keith Lindsey Harville                                          Chapter 7
Guadalupe Pineda Harville
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: rmw1222           Page 1 of 1           Date Rcvd: Oct 06, 2015
                              Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2015.
db/jdb         +Keith Lindsey Harville,   Guadalupe Pineda Harville,   2792 Lafayette Drive,
                 Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE   BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com, ECF_TN@rcolegal.com
              MICHAEL   GIGANDET    mg@trustesolutions.net, michael@mgigandet.com
              MICHAEL   GIGANDET    on behalf of Trustee MICHAEL   GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com, ecfmiddle@pqflegal.COM
                                                                                               TOTAL: 7


Marian F. Harrison
US Bankruptcy Judge



Dated: 10/5/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>    Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

### ORDER AUTHORIZING EMPLOYMENT OF
### ATTORNEY FOR THE TRUSTEE

Upon the motion of Michael Gigandet, Trustee, for approval to employ Michael Gigandet as attorney for the Trustee, and there being no objections filed thereto:

**IT IS HEREBY ORDERED** that Michael Gigandet, Trustee, is authorized to employ Michael Gigandet as attorney to represent the trustee as counsel in this matter.

**IT IS FURTHER ORDERED** that counsel for the trustee shall make application to the court for approval of all compensation.

Entered this _____ day of _____, 2015.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee #11498
208 Centre Street
Pleasant View, TN 37146
615-746-4949
Fax: 615-746-4949
michael@mgigandet.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.