```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                              Case No. 15-05315-MFH
Keith Lindsey Harville                                              Chapter 7
Guadalupe Pineda Harville
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: rmw1222              Page 1 of 1              Date Rcvd: Oct 06, 2015
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2015.
db/jdb         +Keith Lindsey Harville,   Guadalupe Pineda Harville,   2792 Lafayette Drive,
                 Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE  BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com, ECF_TN@rcolegal.com
              MICHAEL  GIGANDET    mg@trustesolutions.net, michael@mgigandet.com
              MICHAEL  GIGANDET    on behalf of Trustee MICHAEL  GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com, ecfmiddle@pqflegal.COM
                                                                                             TOTAL: 7


Marian F. Harrison
US Bankruptcy Judge



Dated: 10/5/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>      Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

### ORDER EXTENDING DEADLINE FOR OBJECTIONS TO DISCHARGE AND DISCHARGEABILITY

Upon the notice and motion of Michael Gigandet, Trustee, for an order extending the deadline for objections to discharge and dischargeability, and there being no objections filed thereto;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline for objecting to discharge and dischargeability shall be and are hereby extended for ninety (90) days.

**ENTERED** this the _____ day of _____, 2015.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

**LAW OFFICE OF MICHAEL GIGANDET**
**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee #011498
208 Centre Street
Pleasant View, TN 37146
Phone: (615) 746-4949
Fax: (615) 746-4950
Michael@mgigandet.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.