IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
at Nashville

| | |
|---|---|
| In re: ) | |
| ) | |
| KEITH LINDSEY HARVILLE ) | Case No. 15-05315 |
| (XXX-XX-6582) ) | Chapter 7 |
| GUADALUPE PINEDA HARVILLE ) | Judge Marian F. Harrison |
| (XXX-XX-0135) ) | |
| 2792 LAFAYETTE DRIVE ) | |
| THOMPSON STATION, TN 37179 ) | |
| ) | |
| Debtor(s). ) | |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| ) | Relief from Stay to Enforce Lien |
| Movant/Secured Claimant ) | |
| v. ) | |
| ) | Date of Scheduled Hearing: |
| KEITH LINDSEY HARVILLE and ) | |
| GUADALUPE PINEDA HARVILLE, and ) | |
| MICHAEL GIGANDET, Trustee ) | |
| ) | |
| Respondents. ) | |

Secured Claimant: <u>Santander Consumer USA Inc.</u>
Affected Collateral: <u>2012 Dodge Charger bearing VIN 2C3CDXBG3CH245173</u>

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

Submitted for Entry by:

/s/ *Victoria A. Ferraro*
Victoria A. Ferraro (020707)
Prochaska Quinn & Ferraro, P.C.
401 Church Street, Suite 2600
Nashville, Tennessee 37219
Telephone:   615/242-0060
Facsimile:    615/242-0124
Email:  victoriaferraro@pqflegal.com
Attorneys for Santander Consumer USA Inc.