
Marian F. Harrison
US Bankruptcy Judge



Dated: 10/23/2015

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### at Nashville

| | |
|---|---|
| In re: ) | |
| ) | |
| KEITH LINDSEY HARVILLE ) | Case No. 15-05315 |
| (XXX-XX-6582) ) | Chapter 7 |
| GUADALUPE PINEDA HARVILLE ) | Judge Marian F. Harrison |
| (XXX-XX-0135) ) | |
| 2792 LAFAYETTE DRIVE ) | |
| THOMPSON STATION, TN 37179 ) | |
| ) | |
|    Debtor(s). ) | |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| ) | Relief from Stay to Enforce Lien |
|    Movant/Secured Claimant ) | |
| v. ) | |
| ) | Date of Scheduled Hearing: |
| KEITH LINDSEY HARVILLE and ) | |
| GUADALUPE PINEDA HARVILLE, and ) | |
| MICHAEL GIGANDET, Trustee ) | |
| ) | |
|    Respondents. ) | |

Secured Claimant: <u>Santander Consumer USA Inc.</u>
Affected Collateral: <u>2012 Dodge Charger bearing VIN 2C3CDXBG3CH245173</u>

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

    IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

    IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

Submitted for Entry by:

/s/ *Victoria A. Ferraro*
Victoria A. Ferraro (020707)
Prochaska Quinn & Ferraro, P.C.
401 Church Street, Suite 2600
Nashville, Tennessee 37219
Telephone:   615/242-0060
Facsimile:     615/242-0124
Email:  victoriaferraro@pqflegal.com
Attorneys for Santander Consumer USA Inc.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:15-bk-05315    Doc 41    Filed 10/23/15    Entered 10/23/15 13:49:36    Desc Main
Document      Page 2 of 2