```
                           United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                           Case No. 15-05315-MFH
Keith Lindsey Harville                                           Chapter 7
Guadalupe Pineda Harville
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: rmw1222              Page 1 of 1              Date Rcvd: Oct 23, 2015
                              Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
db/jdb         +Keith Lindsey Harville,    Guadalupe Pineda Harville,    2792 Lafayette Drive,
                 Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                               Signature:   /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE    BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com, ECF_TN@rcolegal.com
              MICHAEL    GIGANDET    mg@trustesolutions.net, michael@mgigandet.com
              MICHAEL    GIGANDET    on behalf of Trustee MICHAEL    GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com, ecfmiddle@pqflegal.COM
                                                                                             TOTAL: 7


Marian F. Harrison
US Bankruptcy Judge



Dated: 10/23/2015

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### at Nashville

| | |
|---|---|
| In re: | |
| **KEITH LINDSEY HARVILLE** (XXX-XX-6582) | Case No. 15-05315 |
| **GUADALUPE PINEDA HARVILLE** (XXX-XX-0135) | Chapter 7 |
| **2792 LAFAYETTE DRIVE** | Judge Marian F. Harrison |
| **THOMPSON STATION, TN 37179** | |
| Debtor(s). | |
| **SANTANDER CONSUMER USA INC.** | |
| Movant/Secured Claimant | Relief from Stay to Enforce Lien |
| v. | |
| **KEITH LINDSEY HARVILLE and GUADALUPE PINEDA HARVILLE, and MICHAEL GIGANDET, Trustee** | Date of Scheduled Hearing: |
| Respondents. | |

Secured Claimant: <u>Santander Consumer USA Inc.</u>
Affected Collateral: <u>2012 Dodge Charger bearing VIN 2C3CDXBG3CH245173</u>

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

Submitted for Entry by:

/s/ *Victoria A. Ferraro*
Victoria A. Ferraro (020707)
Prochaska Quinn & Ferraro, P.C.
401 Church Street, Suite 2600
Nashville, Tennessee 37219
Telephone:   615/242-0060
Facsimile:    615/242-0124
Email:  victoriaferraro@pqflegal.com
Attorneys for Santander Consumer USA Inc.

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```