IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KEITH LINDSEY HARVILLE and | ) | Case No. 3:15-bk-05315 |
| GUADALUPE PINEDA HARVILLE, | ) | Chapter 7 |
| | ) | Judge Harrison |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Rules 2002, 4001 and 9010 of the Federal Rules of Bankruptcy Procedure and any other applicable provisions of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code or Local Rules, Arkansas Family Care Network, P.A., and the undersigned attorneys hereby request that any notice that must be or is sent to any creditor, any official committee or any other party in interest in or related to this case (whether sent by the Court, the U.S. Trustee, the Trustee or any person or other entity involved in this case) also be sent to the following:

> Phillip G. Young, Jr.
> Justin T. Campbell
> Thompson Burton PLLC
> One Franklin Park
> 6100 Tower Circle, Suite 200
> Franklin, TN 37067
> (615) 465-6000
> phillip@thompsonburton.com
> justin@thompsonburton.com

This request includes, without limitation, all orders, proposed orders, notices (including notices of any and all proposed abandonments, sales of property or other actions), applications, motions, petitions, pleadings, requests, complaints, demands, plans and disclosure statements, whether formal, informal, written or oral.

Case 3:15-bk-05315    Doc 43    Filed 10/27/15    Entered 10/27/15 11:49:14    Desc Main
Document      Page 1 of 2

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, it is further requested that the names and addresses of said party in interest and attorneys be used and added to the Court's master mailing list(s).

Dated this 27th day of October, 2015.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Justin T. Campbell
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000
phillip@thompsonburton.com
justin@thompsonburton.com

Attorneys for the Creditor

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served this 27th day of October, 2015, upon all parties of record through the Court's electronic filing system.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.