
Marian F. Harrison
US Bankruptcy Judge

Dated: 11/6/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In Re: | : | CHAPTER 7 |
|---|---|---|
| KEITH LINDSEY HARVILLE and GUADALUPE PINEDA HARVILLE, | : : : | CASE NO. 15-05315 |
| | : | JUDGE MARIAN F. HARRISON |
| Debtors. | : | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), | : : : : : | |
| Secured Claimant, | : : | CONTESTED MATTER |
| vs. | : : | |
| KEITH LINDSEY HARVILLE GUADALUPE PINEDA HARVILLE, Debtors and MICHAEL GIGANDET, Trustee, | : : : : : | Relief from stay to enforce lien Scheduled Hearing: September 15, 2015 |
| Respondents. | : | |

Affected Collateral: 150 Iona Way Batesville, AR 72501

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the Trustee's Objection to Motion for Relief (Doc. 27) filed September 30, 2015 is hereby withdrawn and the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R.

220775

6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

       IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

## END OF ORDER ##



APPROVED FOR ENTRY:

/s/ Lori McGowan
**Lori McGowan** (B.P.R. 15119)
Attorney for Cenlar FSB
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
P: 678-298-8869
F: 404-329-8162
lmcgowan@rcolegal.com

NO OPPOSITION:

/s/ Michael Gigandet, by express permission
MICHAEL GIGANDET, Trustee
208 Centre Street
Pleasant View, TN 37146
615-746-4949

220775

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.