```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                          Case No. 15-05315-MFH
Keith Lindsey Harville                                          Chapter 7
Guadalupe Pineda Harville
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3         User: rmw1222          Page 1 of 1           Date Rcvd: Nov 09, 2015
                             Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2015.
db/jdb        +Keith Lindsey Harville,   Guadalupe Pineda Harville,   2792 Lafayette Drive,
               Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE   BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com,  ECF_TN@rcolegal.com
              LORI LYNN MCGOWAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ECF_TN@rcolegal.com
              MICHAEL   GIGANDET    mg@trustesolutions.net,  michael@mgigandet.com
              MICHAEL   GIGANDET    on behalf of Trustee MICHAEL   GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              PHILLIP G YOUNG    on behalf of Creditor    Arkansas Family Care Network, P.A.
               phillip@thompsonburton.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com,  ecfmiddle@pqflegal.COM
                                                                                              TOTAL: 9




Dated: 11/6/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 7 |
| | : |
| KEITH LINDSEY HARVILLE and | : CASE NO. 15-05315 |
| GUADALUPE PINEDA HARVILLE, | : |
| | : JUDGE MARIAN F. HARRISON |
| Debtors. | : |
| FEDERAL NATIONAL MORTGAGE | : |
| ASSOCIATION ("FANNIE MAE"), | : |
| | : |
| | : |
| Secured Claimant, | : CONTESTED MATTER |
| vs. | : |
| | : |
| KEITH LINDSEY HARVILLE | : Relief from stay to enforce lien |
| GUADALUPE PINEDA HARVILLE, Debtors | : |
| and MICHAEL GIGANDET, Trustee, | : Scheduled Hearing: September 15, 2015 |
| | : |
| Respondents. | : |

Affected Collateral: 150 Iona Way Batesville, AR 72501

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the Trustee's Objection to Motion for Relief (Doc. 27) filed September 30, 2015 is hereby withdrawn and the Trustee abandons the Affected Collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. § 554 and L.B.R.

220775

6007-1(b). This paragraph is not effective unless the Trustee has approved this order for entry below.

    IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

## END OF ORDER ##

APPROVED FOR ENTRY:

/s/ Lori McGowan
**Lori McGowan** (B.P.R. 15119)
Attorney for Cenlar FSB
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
P: 678-298-8869
F: 404-329-8162
lmcgowan@rcolegal.com

NO OPPOSITION:

/s/ Michael Gigandet, by express permission
MICHAEL GIGANDET, Trustee
208 Centre Street
Pleasant View, TN 37146
615-746-4949

220775

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.