IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>    Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

## MOTION FOR 2004 EXAMINATION OF
## KEITH LINDSEY HARVILLE

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee, and files this motion with the Court requesting that the Court order **KEITH LINDSEY HARVILLE** to appear for a 2004 examination at 11:00 a.m. December 1, 2015 at the U.S. Trustee's Office, Customs Office Suite 318, 701 Broadway, Nashville, TN 37203.

The movant requests an order from the Court requiring the deponent to bring a copy of the following documentation to the Section 2004 examination:

1. Individual tax returns for 2013 and 2014.

2. Bank statements and cancelled checks for all bank accounts or financial accounts for 2015.

3. Any and all documentation concerning valuation and the purchase of any personal property listed on Schedule B.

4. Any and all documentation concerning the purchase, sale or transfer of any vehicles owned by the debtor in 2014 and 2015.

5. Any and all documentation concerning the sale, purchase or transfer of any real estate by the debtor within the past five (5) years.

6. A list of all jewelry/jewels owned by the debtor in the past three (3) years.

    Respectfully submitted,

    **LAW OFFICE OF MICHAEL GIGANDET**

    **/s/ Michael Gigandet**
    _____
    Michael Gigandet, Trustee #11498
    208 Centre St.

Pleasant View, TN 37146
(615) 746-4949
Fax: (615) 746-4950
michael@mgigandet.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, TN 37203; to the debtors/deponent, and to the debtors' attorney, on this the 13th day of November, 2015.

**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee