**Form boc**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

In Re:

Keith Lindsey Harville    Bankruptcy Case No.
and    3:15−bk−05315
Guadalupe Pineda Harville

Chapter 7

## NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that the Clerk of Court requires **Keith Lindsey Harville and Guadalupe Pineda Harville** to pay **335.00 (COURT FEE CHAPTER 7 FILING FEE)** in costs for the filing of the following in the above styled case:

*1* − Chapter 7 Voluntary Petition. Fee Amount is $335.00. Separately and Contemporaneously, an Application to Pay Filing Fee in Installments or an Application to Waive Filing Fees is being filed.. (KOVAL, ALEXANDER)

Payment is requested within 14 days of this notice and shall be made by cash (DO NOT MAIL CASH), cashier's check or money order payable to:

Clerk, U.S. Bankruptcy Court
701 Broadway Room 170
Nashville, TN 37203

Dated:11/16/15    /s/MATTHEW T LOUGHNEY
    Court Clerk