IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: KEITH LINDSEY HARVILLE
GUADALUPE PINEDA HARVILLE
　　　　Debtor(s)

CASE NO. 15-05315-MH3-7

**ORDER DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon the motion of Michael Gigandet, the duly appointed Chapter 7 trustee, it is

**ORDERED** that Keith Lindsey Harville shall appear for examination pursuant to *Fed. R. Bankr. P.* 2004 on December 1, 2015 at 11:00 a.m. at the U.S. Trustee's Office, Customs Office Suite 318, 701 Broadway, Nashville, TN 37203.

**IT IS FURTHER ORDERED** that Keith Lindsey Harville shall produce the documents a specified in the Motion at the above address.

**IT IS FURTHER ORDERED** that the attorney for the movant shall serve a copy of this order on the party or counsel for the party required to appear and to the U.S. Trustee.

The attendance of an entity for examination and the production of documentary evidence are compelled in the manner provided in *Fed. R. Bankr. Proc.* 9016 for the attendance of witnesses at a hearing or trial.

Dated: November 16, 2015

　　　　　　　　　　　　　　　　　　　　/s/ Marian F. Harrison
　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge