IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>KEITH LINDSEY HARVILLE and<br>GUADALUPE PINEDA HARVILLE,<br>    Debtors. | CASE NO. 15-05315-MH3-7<br>CHAPTER 7<br>JUDGE MARIAN HARRISON |

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the Order and Motion for 2004 Examination of Keith Lindsey Harville has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, TN 37203; to the debtors/deponent, and to the debtors' attorney, on this the 17th day of November, 2015.

                  Respectfully submitted,

                  **LAW OFFICE OF MICHAEL GIGANDET**

                  **/s/ Michael Gigandet**

                  _____
                  Michael Gigandet, Trustee  #11498
                  208 Centre St.
                  Pleasant View, TN 37146
                  (615) 746-4949
                  Fax: (615) 746-4950
                  michael@mgigandet.com