```
                         United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                          Case No. 15-05315-MFH
Keith Lindsey Harville                                          Chapter 7
Guadalupe Pineda Harville
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: adm2816              Page 1 of 1          Date Rcvd: Nov 16, 2015
                              Form ID: boc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2015.
db/jdb         +Keith Lindsey Harville,    Guadalupe Pineda Harville,    2792 Lafayette Drive,
                Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE    BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com,   ECF_TN@rcolegal.com
              LORI LYNN MCGOWAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ECF_TN@rcolegal.com
              MICHAEL    GIGANDET    mg@trustesolutions.net,   michael@mgigandet.com
              MICHAEL    GIGANDET    on behalf of Trustee MICHAEL   GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              PHILLIP G YOUNG    on behalf of Creditor    Arkansas Family Care Network, P.A.
               phillip@thompsonburton.com
              US TRUSTEE     ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com,   ecfmiddle@pqflegal.COM
                                                                                             TOTAL: 9

**Form boc**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

In Re:

Keith Lindsey Harville  
and  
Guadalupe Pineda Harville

Bankruptcy Case No.  
3:15−bk−05315

Chapter 7

## NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that the Clerk of Court requires **Keith Lindsey Harville and Guadalupe Pineda Harville** to pay **335.00 (COURT FEE CHAPTER 7 FILING FEE)** in costs for the filing of the following in the above styled case:

*1* – Chapter 7 Voluntary Petition. Fee Amount is $335.00. Separately and Contemporaneously, an Application to Pay Filing Fee in Installments or an Application to Waive Filing Fees is being filed.. (KOVAL, ALEXANDER)

Payment is requested within 14 days of this notice and shall be made by cash (DO NOT MAIL CASH), cashier's check or money order payable to:

Clerk, U.S. Bankruptcy Court  
701 Broadway Room 170  
Nashville, TN 37203

Dated:11/16/15

/s/MATTHEW T LOUGHNEY  
Court Clerk