*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 12/10/2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **KEITH LINDSEY HARVILLE and** ) | Case No. 3:15-bk-05315 |
| **GUADALUPE PINEDA HARVILLE,** ) | Chapter 7 |
| ) | Judge Harrison |
| **Debtors.** ) | |

### ORDER GRANTING EXTENSION OF DEADLINE
### FOR FILING COMPLAINT OBJECTING TO DISCHARGE
### AND/OR SEEKING NON-DISCHARGEABILITY

This matter came before the Court on December 8, 2015 for hearing on the Motion for Extension of Time to File Complaint Objecting to Discharge and/or Seeking Non-Dischargeability (the "Motion") filed by Arkansas Family Care Network, P.A. ("AFCN"); and a timely objection to the Motion having been filed by the Debtor; and Phillip Young appearing on behalf of AFCN at the hearing and Alex Koval appearing on behalf of the Debtor at the hearing; and, based on the Motion, the Debtor's objection, and statements of counsel made at the hearing, it appearing that good causes exists for the extension of the deadline for AFCN to file an objection to the Debtors' discharge and/or to file a complaint for non-dischargeability. It is therefore, ORDERED that the deadline for filing an objection to the Debtors' discharge and/or to the non-dischargeability of AFCN's debt shall be extended to and including January 7, 2016.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for AFCN

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.