```
                         United States Bankruptcy Court
                          Middle District of Tennessee
```

In re:                                                           Case No. 15-05315-MFH
Keith Lindsey Harville                                           Chapter 7
Guadalupe Pineda Harville
        Debtors
# CERTIFICATE OF NOTICE

District/off: 0650-3          User: sdt7475            Page 1 of 1            Date Rcvd: Dec 10, 2015
                              Form ID: pdf001          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2015.
db/jdb         +Keith Lindsey Harville,    Guadalupe Pineda Harville,    2792 Lafayette Drive,
                 Thompsons Station, TN 37179-9759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2015 at the address(es) listed below:
              ALEXANDER S KOVAL    on behalf of Joint Debtor Guadalupe Pineda Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              ALEXANDER S KOVAL    on behalf of Debtor Keith Lindsey Harville
               notice@rothschildbklaw.com;rothschildbklawnotice@gmail.com
              CAROLEE   BERASI    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               cberasi@rcolegal.com, ECF_TN@rcolegal.com
              LORI LYNN MCGOWAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ECF_TN@rcolegal.com
              MICHAEL   GIGANDET    mg@trustesolutions.net, michael@mgigandet.com
              MICHAEL   GIGANDET    on behalf of Trustee MICHAEL   GIGANDET mg@trustesolutions.net,
               michael@mgigandet.com
              PHILLIP G YOUNG    on behalf of Creditor    Arkansas Family Care Network, P.A.
               phillip@thompsonburton.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
              VICTORIA ANN FERRARO    on behalf of Creditor    Santander Consumer USA Inc.
               victoriaferraro@pqflegal.com, ecfmiddle@pqflegal.COM
                                                                                            TOTAL: 9

Marian F. Harrison
US Bankruptcy Judge

Dated: 12/10/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| KEITH LINDSEY HARVILLE and | ) Case No. 3:15-bk-05315 |
| GUADALUPE PINEDA HARVILLE, | ) Chapter 7 |
| | ) Judge Harrison |
| Debtors. | ) |

### ORDER GRANTING EXTENSION OF DEADLINE
### FOR FILING COMPLAINT OBJECTING TO DISCHARGE
### AND/OR SEEKING NON-DISCHARGEABILITY

This matter came before the Court on December 8, 2015 for hearing on the Motion for Extension of Time to File Complaint Objecting to Discharge and/or Seeking Non-Dischargeability (the "Motion") filed by Arkansas Family Care Network, P.A. ("AFCN"); and a timely objection to the Motion having been filed by the Debtor; and Phillip Young appearing on behalf of AFCN at the hearing and Alex Koval appearing on behalf of the Debtor at the hearing; and, based on the Motion, the Debtor's objection, and statements of counsel made at the hearing, it appearing that good causes exists for the extension of the deadline for AFCN to file an objection to the Debtors' discharge and/or to file a complaint for non-dischargeability. It is therefore, ORDERED that the deadline for filing an objection to the Debtors' discharge and/or to the non-dischargeability of AFCN's debt shall be extended to and including January 7, 2016.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615-465-6008
phillip@thompsonburton.com

Attorneys for AFCN

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.